UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| JOSHUA EICHELBERGER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SULLIVAN COUNTY SHERIFF'S )<br>OFFICE, )<br>)<br>Defendant. ) | No. 2:22-CV-00105-JRG-CRW |

## JUDGMENT ORDER

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Order, Plaintiff's pro se complaint under 42 U.S.C. § 1983 is **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and for failure to state a claim upon which relief may be granted. Because the Court **CERTIFIED** in the Memorandum Opinion that any appeal from this Order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close this case.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:

s/ *LeAnna R. Wilson*
District Court Clerk